UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK HITSMAN,

        Plaintiff,

                                        Case No. 1:19-cv-207

v.

                                        HONORABLE PAUL L. MALONEY

ATLANTIC MEDIATION GROUP, LLC,
et al.,

        Defendants,

_____/

## <u>DEFAULT JUDGMENT</u>

        Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of Plaintiff in the

amount of $3,500.00.

**This judgment resolves all pending claims and closes the cases.**


Date:   August 27, 2019                   /s/ Paul L. Maloney_____
                                                Paul L. Maloney
                                                United States District